JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-02849-DSF-KES                           Date: July 6, 2026

Title:  SARAH VESS v. COUNTY OF ORANGE, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

|  Jazmin Dorado  |  Not Present  |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order re Plaintiff's Voluntary Dismissal (Dkt. 28)**

On June 29, 2026, Plaintiff Sarah Vess ("Plaintiff") filed a Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); or in the Alternative, Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2).  ("Notice" at Dkt. 28.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Defendants County of Orange and Sheriff Don Barnes ("Defendants") have filed neither an answer nor a motion for summary judgment. Thus, Plaintiff may voluntarily dismiss her case under Rule 41(a)(1)(A)(i).

The Court accepts Plaintiff's Notice as her voluntary dismissal of this case.

Defendants' motion to dismiss (Dkt. 20) is hereby denied as moot.

Initials of Deputy Clerk jd